UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GILMORE W. ALLEN, individually and on behalf
of a class,

                         Plaintiff,

                v.

RELIN, GOLDSTEIN & CRANE, LLP,

                      Defendant.
-------------------------------------------------------------------X

Civil Action No. 17-cv-06778

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to this proceeding, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action is hereby dismissed pursuant to F.R.C.P. 41(a)(1)(A)(ii), without costs to either party as against the other, and the claims of plaintiff, Gilmore W. Allen, individually, are dismissed with prejudice. The claims alleged on behalf of the putative class members are dismissed without prejudice.

Dated: New York, New York
       September 28, 2018

ROPERS MAJESKI KOHN &
BENTLEY, P.C.

By: _____
    Christopher B. Hitchcock, Esq.
*Attorneys for Defendant*
750 Third Avenue, 25th Floor
New York, New York 10017
(212) 668-5927

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC

By: _____
    Tiffany N. Hardy, Esq.
*Attorney for Plaintiff*
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200

                SO ORDERED:

                _____
                        U.S.D.J.

4842-0383-9861.1